```
                    ___ FILED        ___ RECEIVED
                    ___ ENTERED      ___ SERVED ON
                                COUNSEL/PARTIES OF RECORD

                         JUN 1 3 2012

                      CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
               BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:11-CR-105-RCJ (WGC) |
| ROBERTO CHAVEZ GOMEZ, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 11, 2012, defendant ROBERTO CHAVEZ GOMEZ pled guilty to Counts One and Three of a Three-Count Criminal Indictment charging him in Count One with Possession With Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and in Count Three with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Sections 922(g)(1). (Indictment, ECF No. 1; Change of Plea, ECF No. 19; Plea Memorandum, ECF No. 20).

This Court finds defendant ROBERTO CHAVEZ GOMEZ agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment. (Indictment, ECF No. 1; Change of Plea, ECF No. 19; Plea Memorandum, ECF No.20).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant ROBERTO CHAVEZ GOMEZ pled guilty.

. . .

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2  924(d)(1) and Title 28, United States Code, Section 2461(c):
3     1.   an Iver Johnson, Third Model Safety pistol, serial number 42079; and
4     2.   any and all ammunition ("property").
5  This Court finds the United States of America is now entitled to, and should, reduce the
6  aforementioned property to the possession of the United States of America.
7  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
8  United States of America should seize the aforementioned property.
9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
10 ROBERTO CHAVEZ GOMEZ in the aforementioned property is forfeited and is vested in the
11 United States of America and shall be safely held by the United States of America until further order
12 of the Court.
13 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
14 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
15 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
16 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
17 the name and contact information for the government attorney to be served with the petition,
18 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
19 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
20 with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South
21 Virginia Street, 3rd Floor, Reno, NV 89501.
22 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
23 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
24 following address at the time of filing:
25 . . .
26 . . .

Greg Addington
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 12 day of JUNE, 2012.

_____
UNITED STATES DISTRICT JUDGE